**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **LAKEVIEW LOAN SERVICING, LLC,**<br>**Plaintiff,** | §<br>§<br>§ | |
| **VS.** | §<br>§ | **CIVIL ACTION NO.** |
| **JESSICA OROSCO RAMIREZ; JOSE LUIS RAMIREZ, JR.; AND UNITED STATES OF AMERICA, ON BEHALF OF THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT,**<br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§ | **5:25-cv-00517** |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

COMES NOW, Lakeview Loan Servicing, LLC, Plaintiff herein, and respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. 55(b), and seeks judgment by default against Defendant Jessica Orosco Ramirez and Jose Luis Ramirez, Jr. The basis of this Motion is set forth in the Declaration of Indebtedness and supported by the Declaration of Non-Military Status, which are attached and incorporated by reference hereto.

1. Plaintiff filed its Complaint ("Complaint") herein seeking judgment against Defendants on May 9, 2025 [ECF Doc. 1].

2. Defendant Jessica Orosco Ramirez was served on May 16, 2025, with a true and correct copy of the Complaint and Summons, and the executed Summonses were returned to the Clerk of this Court and filed herein on August 25, 2025 [ECF Doc. 7].

3. Defendant Jose Luis Ramirez, Jr. was served on May 31, 2025, with a true and correct copy of the Complaint and Summons, and the executed Summonses were returned to the Clerk of this Court and filed herein on August 25, 2025 [ECF Doc. 7-1].

4. Defendants Jessica Orosco Ramirez and Jose Luis Ramirez, Jr. have not answered or otherwise defended in this matter and the deadline for their answers under Fed. R. Civ. P. 12(a) has passed.

5. On December 1, 2025, the Clerk of this Court entered Default against Defendant Jessica Orosco Ramirez and Jose Luis Ramirez, Jr. [ECF Doc. 12].

6. Defendants Jessica Orosco Ramirez and Jose Luis Ramirez, Jr. are neither infants nor incompetent.

7. Defendants Jessica Orosco Ramirez and Jose Luis Ramirez, Jr., as demonstrated in Exhibit A attached hereto, and incorporated by reference herein, are not eligible for relief under the Servicemember Civil Relief Act, 50 U.S.C. App. 521.

8. A hearing to determine damages is not necessary. As set forth in Exhibit B, attached hereto, and incorporated by reference herein, the damages owed by Defendants Jessica Orosco Ramirez and Jose Luis Ramirez, Jr. to Plaintiff as February 2, 2026, is $ $213,940.27, which continues to accrue a per diem at $36.50 each day after February 2, 2026.

9. This Motion does not seek entry of default judgment against Defendant, United States of America, on behalf of the Secretary of Housing and Urban Development as a separate Consent Order was entered by the Court on January 28, 2026 [*see also* ECF Doc. 15].

Date: January 29, 2026

Respectfully submitted,
MARINOSCI LAW GROUP, P.C.

*/s/ Sammy Hooda*

Sammy Hooda / State Bar No. 24064032
Bradley Conway / TX Bar No. 24055340
David Webb / State Bar No. 24106557
16415 Addison Road, Suite 725
Addison, Texas 75001
Phone: 401.234.9200

Fax: 972.331.5240
Email: shooda@mlg-defaultlaw.com
Email: bconway@mlg-defaultlaw.com
Email: dwebb@mlg-defaultlaw.com
**ATTORNEYS FOR PLAINTIFF**
**LAKEVIEW LOAN SERVICING, LLC**

**CERTIFICATE OF SERVICE**

I, Sammy Hooda, of Marinosci Law Group, P.C., do hereby certify that a copy of the foregoing pleading was filed and served through the CM/ECF system on all parties receiving electronic notice, and on the parties on the below service list, if any.

Signed this 29th day of January 2026.

*ECF SERVICE*:

Clayton Diedrichs
clayton.diedrichs@usdoj.gov
Assistant United States Attorney

*/s/ Sammy Hooda*
Sammy Hooda